ACCEPTED
04-15-00543-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/15/2015 3:57:26 PM
KEITH HOTTLE
CLERK

No. 04-15-00543-CV

IN THE COURT OF APPEALS

FOR THE FOURTH DISTRICT OF TEXAS

AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/15/2015 3:57:26 PM
KEITH E. HOTTLE
Clerk

IN THE MATTER OF THE GUARDIANSHIP OF BERTHA GUERRERO, AN INCAPACITATED PERSON

JUAN GUERRERO,
Appellant,

v.

CONCHA B. SCHOENBERGER,
Appellee.

## NOTICE OF APPEARANCE OF LEAD COUNSEL

TO THE HONORABLE COURT:

COMES NOW, Elizabeth Conry Davidson, counsel for Appellee, Concha B. Schoenberger, and files her Notice of Appearance of Lead Counsel, and in support thereof would respectfully show this Court the following:

Elizabeth Conry Davidson, Attorney at Law has been retained to represent the above-referenced Appellee, Concha B. Schoenberger in this case and hereby makes an appearance in this case for all purposes.

WHEREFORE PREMISES CONSIDERED, the undersigned respectfully request that this Notice of Appearance of Lead Counsel be filed with the other papers and pleadings in this cause, and that the Court and all parties take notice of the appearances and designation made herein.

Respectfully submitted,

ELIZABETH CONRY DAVIDSON
ATTORNEY AT LAW
926 Chulie
San Antonio, Texas 78216
Telephone: 210/380-4899
Telecopier: 210/568-4036

By:    /s/ Elizabeth Conry Davidson
        Elizabeth Conry Davidson
        State Bar No. 00793586

KATHLEEN T. WHITEHEAD
State Bar No. 21351700
3004 Nacogdoches Road
San Antonio, Texas 78217
Telephone No. (210) 930-4300
Facsimile No. (210) 804-1298

**ATTORNEYS FOR APPELLEE,
CONCHA B. SCHOENBERGER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was delivered to the following in accordance with the Texas Rules of Civil Procedure and the Texas Rules of Appellate Procedure on this the 15th day of December, 2015:

John D. Wennermark
1924 Main Avenue
San Antonio, Texas 78212
**Attorney for Appellant, Juan Guerrero**

<u>/s/ Elizabeth Conry Davidson</u>
Elizabeth Conry Davidson